```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 10-21948-CIV-GOLD
                              MAGISTRATE JUDGE P.A. WHITE
```

PRESSLEY B. ALSTON,            :

    Plaintiff,             :

v.                             :          <u>REPORT RE TRANSFER</u>
                                              <u>TO CORRECT VENUE</u>

FRANK TASSONE, jr.,            :

    Defendant(s).          :

_____

       The plaintiff, Pressley B. Alston, filed a <u>pro se</u> civil rights complaint while apparently confined on death row in Raiford, Florida. The plaintiff alleges that his Court Appointed Attorney, Frank Tassone is ineffective. He claims his attorney has a conflict of interest and that he is withholding case information. He seeks review by the Court.

       This case is unrelated to the Southern District of Florida. The plaintiff states that Tassone was appointed by the Chief Judge of the Fourth Judicial Circuit, and has included the first page of a Court Order appointing Frank Tassone, entered in the Middle District of Florida, Jacksonville Division, in case no. 04-cv-257-J-99. The plaintiff is confined in Union CI located in Raiford, Florida, also located in the Middle District of Florida.

The appropriate venue provision in this case is 28 U.S.C. §1391(b). <u>Clark v. Harp</u>, 737 F.Supp. 676 (D. D.C. 1990); <u>Harley v. Oliver</u>, 400 F.Supp. 105 (W.D. Ark. 1975). That section provides in relevant part that a case not based on diversity of citizenship should be brought in the judicial district where any defendant resides or where a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of property that is the subject of the action is situated. Transfer under 28 U.S.C. §1404 includes the convenience of the parties and witnesses, relative ease of access to sources of proof, the cost of obtaining the attendance of witnesses and other practical factors that would make the trial of the case easy, expeditious and inexpensive. <u>See</u>: <u>Stateline Power Corp. V Kremer</u>, 404 F. Supp 2nd 1373 (US Dist. Fla. 2005).

In the interests of justice and convenience of the parties and witnesses, it is recommended that this case be transferred to the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. §1406(a).

The plaintiff's motion for in forma pauperis status should be dismissed as moot only for the Southern District, to be reviewed with the case in the Middle District. (DE#4)

Dated this 18th day of June, 2010.

UNITED STATES MAGISTRATE JUDGE


cc: Pressley B Alston, Pro Se
    0-709795
    Union CI
    Raiford, FL
`   Address of record