UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-21948-CIV-GOLD/WHITE

PRESSLEY B. ALSTON,

    Plaintiff,

v.

FRANK TASSONE, JR.,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS AS TO TRANSFER TO CORRECT VENUE [DE 5]; DIRECTING CLERK TO TRANSFER ACTION; *Closing Case*

THIS CAUSE is before the Court upon Magistrate Judge White's Report and Recommendations ("the Report") **[DE 5]** on Plaintiff's motion to proceed *in forma pauperis* status **[DE 4]**. No objections were timely filed.

On June 14, 2010, Plaintiff filed a *pro se* § 1983 complaint alleging that he received ineffective assistance of counsel in the Fourth Judicial Circuit Court in Jacksonville, Florida **[DE 1]**. As Judge White correctly noted, the appropriate venue provision in this case is 28 U.S.C. § 1391(b), which provides, in relevant part, that a case "not based on diversity of citizenship should be brought in the judicial district where any defendant resides or where a substantial part of the events or omissions giving rise to the claim occurred or a substantial party of property that is the subject of the action is situated." Here, there is no indication where the defendant resides, and the events/omissions giving rise to Plaintiff's claim took place in the Middle District of Florida. Thus, I agree with Judge White's recommendation that this case should be transferred to the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. § 1406(a). Accordingly, it is hereby

ORDERED AND ADJUDGED:

1. The Report **[DE 5]** is AFFIRMED AND ADOPTED IN PART.

2. The Clerk is directed to TRANSFER this action to the Middle District of Florida.

3. Plaintiff's motion for *in forma pauperis* status **[DE 4]** is dismissed as moot for purposes of the Southern District of Florida.

4. This case is closed.

DONE AND ORDERED in Chambers at the United States District Courthouse, Miami, Florida, this 20 day of July, 2010.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT COURT JUDGE

cc:
Magistrate Judge Patrick A. White
All Counsel of Record

Pressley B. Aslton, *pro se*
0-709795
Union Correctional Institute
Raiford, FL
Address of record